## UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ILLINOIS

MONIQUE CALHOUN,

      **Plaintiff,**

v.

UNITED STATES OF AMERICA,

      **Defendant.**                    No. 12-cv-975-DRH

### JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**   This matter is before the court on a Stipulation for Dismissal executed by plaintiff.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered on January 14, 2014 (Doc. 31), this case is **DISMISSED** with prejudice.

                    NANCY J. ROSENSTENGEL,
                    CLERK OF COURT

                    BY:_____ /s/*Sara Jennings*_____
                          Deputy Clerk

Dated:   January 14, 2014

Digitally signed
by David R.
Herndon
Date: 2014.01.14
16:58:26 -06'00'

APPROVED:
      CHIEF JUDGE
      U. S. DISTRICT COURT